AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 FEB -4 AM 10: 47

CLERK-ALBUQUERQUE

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>White Dodge pick-up truck bearing<br>license plate NHL653 | )<br>)<br>)  Case No. 16-MR-77<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location)*:

White Dodge pick-up truck bearing license plate NHL653, located at the Gallup, NM FBI office, 3200 W Hwy 66, Gallup, NM

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before   February 8, 2016   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   1-29-2016    _____
                                                                                Judge's signature

City and state:   Farmington, NM    B. Paul Briones, US Magistrate Judge
                                                                                *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>16-MR-77 | Date and time warrant executed:<br>1/29/2016   10:35 AM | Copy of warrant and inventory left with:<br>White Dodge truck, tag NHL 653 |

Inventory made in the presence of :
IOA Carol York

Inventory of the property taken and name of any person(s) seized:

(1) Ruger M77 rifle w/ scope

(3) Aguila 9mm live rounds

(1) Aguila 9mm shell casing

(1) Luger 9mm shell casing

(2) Springfield 30-06 shell casings

(1) Empty box Federal Springfield 30-06 rifle cartridges

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/29/2016

_____
*Executing officer's signature*

Clay Trant, Special Agent
*Printed name and title*

## ATTACHMENT A

**Description of items to be searched for:**

1. Any and all firearms, ammunition, shell casings, and firearms accessories.
2. Any miscellaneous indicia and/or other items that may aid in establishing the facts and circumstances surrounding the alleged assault with a dangerous weapon that occurred on the west side of Highway 491 near mile marker 30, approximately .25 miles off of the highway, north of Tohatchi, NM, on 01/08/2016.